UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| The United States of America,<br>On behalf of and for the use<br>and Benefit of<br>**POWER WITH PRESTIGE, INC.**<br><br>**Plaintiff,**<br><br>v.<br><br>**M.E.S., INC.**<br><br>and<br><br>**SAFECO INSURANCE COMPANY OF AMERICA**<br><br>**Defendants.** | Civil Action No. 09-502 CJLL |

<u>ORDER</u>

In consideration of the foregoing Motion for Admission Pro Hac Vice, the payment by counsel of the $150 fee to the United States District Court for the District of New Jersey, and the payment by counsel of the required fee to the New Jersey Lawyers' Fund for Client Protection

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* of Christoper M. Anzidei, Esq. is GRANTED.

s/Claire C. Cecchi
_____
~~United States District Judge~~
HON. CLAIRE C. CECCHI, U.S.M.J.

Date: April 24, 2009